**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Ramon Beltran-Lugo, | ) |
| Plaintiff, | ) No. CIV 05-3246-PHX-SMM (DKD) |
| vs. | ) |
| ABF Freight System, Inc., et al., | ) **ORDER** |
| Defendants. | ) |

The Defendant[1] has filed a Motion to Dismiss (Doc. #5). Plaintiff is advised of the following specific provisions of LRCiv 7.2 of the Rules of Practice of the United States District Court for the District of Arizona:

Subparagraph (e) provides:

> Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed fifteen (15) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed ten (10) pages, exclusive of attachments.

Subparagraph (i) provides:

> If a motion does not conform in all substantial respects with the requirements of this Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the court may dispose of the motion summarily.

---

[1] ABF Freight System, Inc.

1 **It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff**
2 **to respond to Defendant's Motion to Dismiss may in the discretion of the Court be**
3 **deemed a consent to the granting of that Motion without further notice, and judgment**
4 **may be entered dismissing the complaint and action with prejudice pursuant to LRCiv**
5 **7.2(i).** *See Brydges v. Lewis*, **18 F.3d 651 (9th Cir. 1994) (per curiam).**

6 **IT IS THEREFORE ORDERED** that Plaintiff shall have thirty (30) days from the
7 date this Order is filed to file a response to Defendant's Motion to Dismiss.

8 **IT IS FURTHER ORDERED** that Defendant shall file any reply within fifteen (15)
9 days from the date Plaintiff's response is filed.

10 **IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision
11 without oral argument on the day following the date set for filing a reply unless otherwise
12 ordered by the Court.

13 DATED this 7th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -