**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Ramon Beltran-Lugo, ) | |
| ) | No.  CIV 05-3246-PHX-SMM (DKD) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AFB Freight System, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

It appearing to the Court that Defendants' Motion to Dismiss (Doc. #5), filed March 2, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #5).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 1st day of May, 2006.

Stephen M. McNamee
United States District Judge